United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE AICHER,

    Plaintiff,

v.

C.R. ENGLAND, INC. and DOES 1-20,

    Defendants.

No. C 10-00335 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: May 17, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom