UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AICHER,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br><br>C.R. ENGLAND INC., A<br>CORPORATION AND DOES 1-20,<br><br>　　　　Defendant(s). | No. C10-0335 BZ<br><br><br>**ORDER REFERRING CASE TO**<br>**SETTLEMENT CONFERENCE** |

   **IT IS HEREBY ORDERED** that this case is referred to a magistrate judge to conduct a settlement conference within 30 to 60 days, if possible.  The parties will be notified by the magistrate judge's chambers of the time and place.

Dated: July 6, 2010

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\AICHER V. ENGLAND\SETTLEMENT REFERRAL.ORDER.wpd

1