| | |
|---|---|
| 1 | Cathy L. Arias, State Bar No. 141989 |
| | Email: carias@burnhambrown.com |
| 2 | Allyson E. Cook, State Bar No. 227214 |
| | Email: acook@burnhambrown.com |
| 3 | BURNHAM BROWN |
| | A Professional Law Corporation |
| 4 | P.O. Box 119 |
| | Oakland, California 94604 |
| 5 | Telephone:    (510) 444-6800 |
| | Facsimile:      (510) 835-6666 |
| 6 | |
| | Attorneys for Defendant |
| 7 | C.R. ENGLAND, INC. |
| | |
| 8 | Angela Alioto, State Bar No. 130328 |
| | LAW OFFICE OF JOSEPH L. ALIOTO |
| 9 | and ANGELA ALIOTO |
| | 700 Montgomery Street |
| 10 | San Francisco, CA 94111 |
| | Telephone:    (415) 434-8700 |
| 11 | Facsimile:      (415) 438-4638 |
| | |
| 12 | *OF COUNSEL:* |
| | Jody A. Meisel, State Bar No. 109610 |
| 13 | Email: meiseljody@aol.com |
| | 2632 Larkin Street, Suite 0 |
| 14 | San Francisco, CA 94109 |
| | Telephone:    (415) 225-9251 |
| 15 | Facsimile:      (415) 885-2790 |
| | |
| 16 | Attorneys for Plaintiff |
| | JANE AICHER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE AICHER, | No.    3:10-cv-00335-BZ |
| | [Napa County Superior Court Case No. 26-50963] |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S AND DEFENDANT'S SCHEDULED PRIVATE MEDIATION |
| C.R. ENGLAND, INC., a Corporation, and Does 1-20, | |
| Defendants. | |
| | Complaint Filed: December 22, 2009 |
| | Trial Date: March 28, 2011 |

///

Defendant C.R. ENGLAND, INC. ("Defendant"), and Plaintiff JANE AICHER ("Plaintiff") by and through their counsel of record, hereby agree and stipulate to the following:

1. On July 8, 2010, this Court referred this case to Magistrate Judge Donna M. Ryu for settlement. The parties were ordered to attend a settlement conference within thirty to sixty days of this Court's Order.

2. On July 12, 2010, Judge Ryu's Clerk contacted counsel for Plaintiff and Defendant and provided them dates that Judge Ryu was available in September 2010 to hold a Settlement Conference. The Clerk requested that the parties meet and confer at Plaintiff's deposition the following day.

3. In compliance with Judge Ryu's request, counsel for Plaintiff and Defendant met and conferred on July 13, 2010 wherein both parties agreed that this matter would be best served with a mediation and/or settlement conference prior to Defendant filing a Motion for Summary Judgment/Adjudication. The deadline to file such Motion is September 1, 2010.

4. The parties also discussed utilizing the services of a private mediator should one be available prior to the Motion for Summary Judgment deadline. On July 15, 2010, the parties agreed to use Judge Ellen James (ret.) with JAMS in San Francisco, California. The parties are confirmed for mediation on July 30, 2010 commencing at 10:00 a.m.

5. Due to the agreement and scheduling of a mediation with Judge James, counsel for Plaintiff and Defendant respectfully request that this Court revise its Order dated July 6, 2010 and Order a Settlement Conference with Judge Ryu closer to the trial date, currently set for March 28, 2011.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED | |
| 2 | Dated: July 16, 2010 | BURNHAM BROWN |
| 3 | | By:/s/ Allyson E. Cook        7/16/2010 |
| 4 | | ALLYSON E. COOK<br>Attorneys for Defendant<br>CR ENGLAND, INC. |
| 6 | | |
| 7 | Dated: July 16, 2010 | LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND ANGELA ALIOTO<br>LAW OFFICES OF JODY A. MEISEL |
| 8 | | By: /s/ (Approved on 7/16/2010) |
| 10 | | ANGELA ALIOTO<br>JODY A. MEISEL<br>Attorneys for Plaintiff<br>JANE AICHER |

### [PROPOSED] ORDER

Based on the Stipulation submitted by the Parties in this Action, the private mediation with Judge Ellen James at JAMS on calendar for July 30, 2010 and for good cause, it is hereby Ordered that the Parties are excused from attending a Settlement Conference with Judge Ryu within thirty to sixty days from the previous July 6, 2010 Order.

A Settlement Conference is now scheduled for     JANUARY     , 2011 , before Judge Ryu.

IT IS SO ORDERED.

DATED: 7/19/2010

BERNARD ZIMMERMAN
United States Magistrate Judge

1019434