```
 1  ANGELA ALIOTO, (SBN 130328)
    LAW OFFICES OF JOSEPH L. ALIOTO
 2  AND ANGELA ALIOTO
    700 Montgomery Street
 3  San Francisco, CA 94111
    Telephone: (415) 434-8700
 4  Facsimile: (415) 438-4638

 5  OF COUNSEL:
    JODY A. MEISEL (SBN 109610)
 6  LAW OFFICES OF JODY A. MEISEL
    2632 Larkin Street, Suite 0
 7  San Francisco, CA 94109
    Telephone: (415) 563-2688
 8  Facsimile: (415) 885-2790

 9  Attorneys for Plaintiff
    JANE AICHER
10
                    UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO
12
    JANE AICHER,                    )
13                                  )   CASE NO.: C 10-00335 JSW  BZ
              Plaintiff,             )
14                                  )
                                    )   STIPULATION AND [PROPOSED]
15                                  )   ORDER REGARDING DISMISSAL OF
    vs.                             )   CASE WITH PREJUDICE [FRCP RULE 41]
16                                  )
                                    )
17                                  )
    C. R. ENGLAND, INC., a Corporation, )
18  and Does 1-20                   )
                                    )
19            Defendants.            )
                                    )
20
21
22
23
24
25
26
27
28

    Stipulation and [Proposed ] Order
    Re Dismissal of Case              Case No.: C 10-00335 JSW
```

WHEREAS, the parties have reached a mutually agreeable resolution of all claims in this matter;

WHEREAS all parties stipulate to dismiss this case with prejudice at this time;

WHEREAS, PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, RULE 41, BY AND THROUGH THEIR RESPECTIVE COUNSEL, ALL PARTIES HEREBY AGREE TO THE ABOVE.

Dated: Sept 3, 2010

Joseph Alioto Veronese
Counsel for Plaintiff
Jane Aicher

Dated: September 7, 2010

Cathy Arias
Counsel for Defendant
C.R. England

## ORDER

Having reviewed the Stipulation executed on behalf of Plaintiff JANE AICHER and Defendant C.R. ENGLAND, and good cause appearing therefore, the Court hereby orders that this case is hereby dismissed with prejudice.

IT IS HEREBY SO ORDERED.

Dated: 13 Sept 2010

United States District Court Judge

Stipulation and [Proposed] Order
Re Dismissal of Case                    Case No.: C 10-00335 JSW        -2-